CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 1 8 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| RONNIE EDWARD HALL, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15-cv-00014 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| RIVER NORTH CORRECTIONAL | ) | |
| CENTER, et al., | ) | By:   Norman K. Moon |
| Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 18th day of February, 2015.

_____
United States District Judge